

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 24, 2026

**By ECF**
The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

> Re:  *Marroquin Alvarez v. Almodovar*, No. 26 Civ. 2250 (JAV)

Dear Judge Vargas:

This Office represents the government in the above-referenced habeas corpus action.  On March 18, 2026, Judge Preska, sitting in Part 1, issued an order directing the government to file a letter responding to certain questions by March 20, and directing the parties to submit a joint letter, no later than noon on March 24, 2026, indicating whether the conference scheduled for March 25, 2026 is necessary, and if not, to submit a briefing schedule.  I write respectfully, on behalf of the parties, to advise the Court that the parties do not believe the conference is necessary, and to propose the following agreed upon briefing schedule:

- The government shall file an opposition to the amended petition by March 30, 2026
- Petitioner shall file a reply, if any, by April 6, 2026

We thank the Court for its consideration of this submission.[1]

> Respectfully submitted,
>
> JAY CLAYTON
> United States Attorney for the
> Southern District of New York
>
> By:    /s/ *Brandon M. Waterman*
> BRANDON M. WATERMAN
> Assistant United States Attorney
> Telephone: (212) 637-2741
> *Attorney for Respondents*

cc: Counsel of Record (by ECF)

---

[1] This Office is still working to clarify with ICE the pertinent detention authority given the history here, and we will provide such information to Petitioner's counsel once it has been clarified.

The conference previously scheduled for March 25, 2026, is adjourned.
The parties' requested briefing schedule is GRANTED.


**SO ORDERED:**

_____
The Honorable Jeannette A. Vargas
United States District Judge

Dated: March 24, 2026