UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA ISABEL MARROQUIN ALVAREZ, | |
| Petitioner, | 26-CV-02250 (JAV) |
| -v- | ORDER |
| JUDITH ALMODOVAR, et al., | |
| Respondents. | |

JEANNETTE A. VARGAS, United States District Judge:

Respondents' request for an adjournment, ECF No. 22, is **GRANTED**. The conference previously scheduled for April 9, 2026, is **ADJOURNED** to April 13, 2026, at 12:00pm.

The Clerk of the Court is directed to terminate ECF No. 22.

SO ORDERED.

Dated:    April 8, 2026
          New York, New York

_____
        JEANNETTE A. VARGAS
        United States District Judge