**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ANGELA ISABEL MARROQUIN ALVAREZ,

                     Plaintiff,

      -against-

KENNETH GENALO, in his official capacity as
New York Field Office Director for U.S.
Immigration and Customs Enforcement; TODD
BLANCHE, in his official capacity as Attorney
General of the United States; MARKWAYNE
MULLIN, in his official capacity as Secretary of
Homeland Security; and TODD M. LYONS, in his
official capacity as Acting Director, U.S.
Immigration and Customs Enforcement,

                    Defendants.
-------------------------------------------------------------------X

26 **CIVIL** 2250 (JAV)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 4, 2026, the Petition is **GRANTED**. ICE may impose conditions upon Petitioner's release, provided that ICE has determined that such conditions are the least restrictive conditions necessary to address any potential risk of flight. ICE's consideration shall comply with Section 1232(c)(2)(B) of the TVPRA; accordingly, the case is closed.

**Dated:** New York, New York

      May 6, 2026

                                       **TAMMI M. HELLWIG**
                                 _____
                                      **Clerk of Court**

              **BY:**             K. Mango

                                  _____
                                      **Deputy Clerk**